UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | | |
|---|---|---|
| KIM E. CLEMENTS, | ) | |
| Plaintiff | ) ) ) | |
| vs. | ) ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 4:18-CV-10-BO** |
| CRYSTAL JACKSON, | ) ) ) | |
| Defendant. | ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the defendant's motion to dismiss [DE 25] is GRANTED and all other pending motions [DE 14, 17, 23, 28, 29, 31] are DENIED AS MOOT.

This Judgment filed and entered on October 26, 2018, and copies to:
Kim E. Clements (via U.S. Mail)
Crystal Jackson (via U.S. Mail)

October 26, 2018

Peter A. Moore, Jr.
Clerk of Court

By: *Susan Edwards*
Deputy Clerk